No. 77–6653.  GREATHOUSE v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 77–6655.  NUNEZ v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 77–6659.  SUPPLEE v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 77–6674.  SMITH v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 77–6681.  BETTKER v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 77–6687.  DAVIS v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 77–6688.  SNEAD v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 76–1523.  SWOAP, DIRECTOR, DEPARTMENT OF BENEFIT PAYMENTS OF CALIFORNIA v. GARCIA ET AL.  Ct. App. Cal., 2d App. Dist.  Motion of respondents for leave to proceed *in forma pauperis* granted.  Certiorari denied.  MR. JUSTICE STEWART would grant certiorari.

No. 76–1799.  TRANSCONTINENTAL GAS PIPE LINE CORP. v. FEDERAL ENERGY REGULATORY COMMISSION.  C. A. D. C. Cir. Certiorari denied.  MR. JUSTICE STEWART and MR. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 76–1826.  LONDON ET AL. v. UNITED STATES;
No. 76–1852.  GENCO v. UNITED STATES; and
No. 76–6978.  SHADE v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.  MR. JUSTICE BRENNAN would grant certiorari.